**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

|                                                    |   |                          |
|----------------------------------------------------|---|--------------------------|
| COACH, INC. and COACH SERVICES, INC.,              | : |                          |
|                                                    | : |                          |
| Plaintiffs,                                        | : | **Case No. 4:10-cv-1545-RWS** |
|                                                    | : |                          |
| v.                                                 | : |                          |
|                                                    | : |                          |
| LINDA MUETHER, INDIVIDUALLY AND                    | : |                          |
| D/B/A FYI TRADING COMPANY and DOES 1               | : |                          |
| through 100,                                       | : |                          |
|                                                    | : |                          |
| Defendants.                                        | : |                          |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## <u>NOTICE OF SETTLEMENT</u>

Plaintiffs give notice that the parties have reached a settlement of the claims presented

herein.  The parties will file a stipulation for dismissal within 30 days.

Dated:  June 21, 2011                                  Respectfully submitted,


                                                       BRYAN CAVE LLP

                                                  By:   /s/ Jason A. Kempf
                                                       Jason A. Kempf, # 159897MO
                                                       211 N. Broadway, Suite 3600
                                                       St. Louis, MO 63102
                                                       (314) 259-2000 (telephone)
                                                       (314) 259-2020 (facsimile)

                                                       S. Patrick McKey, *pro hac vice*
                                                       Mariangela M. Seale, *pro hac vice*
                                                       161 North Clark Street
                                                       Suite 4300
                                                       Chicago, Illinois 60601
                                                       Tel: (312) 602-5000
                                                       Fax: (312) 602-5050

                                                       Attorneys for Coach, Inc. and
                                                       Coach Services, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent via Federal Express, this 21st day of June, 2011 to the following:

Linda Muether
5348 Warmwinds Ct.
Saint Louis, MO 63129