IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COACH, INC. and COACH SERVICES, INC.,

      Plaintiffs,

 v.

LINDA MUETHER, INDIVIDUALLY AND D/B/A FYI TRADING COMPANY and DOES 1 through 100,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Case No. 4:10-cv-1545-RWS**

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties, by and through the undersigned, hereby dismiss this case with prejudice.

BRYAN CAVE LLP

By:  /s/ Jason A. Kempf
Jason A. Kempf, # 159897MO
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 (telephone)
(314) 259-2020 (facsimile)

S. Patrick McKey, *pro hac vice*
Mariangela M. Seale, *pro hac vice*
161 North Clark Street
Suite 4300
Chicago, Illinois 60601
Tel: (312) 602-5000
Fax: (312) 602-5050

*Attorneys for Coach, Inc. and Coach Services, Inc.*

By:  /s/ Linda Muether (w/ permission)
Linda Muether
5348 Warmwinds Ct.
Saint Louis, MO 63129

*Defendant*