PAGE 1

AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Eastern District of Missouri__ on the following ☐ Patents or ☑ Trademarks:

| DOCKET NO.<br>4:10cv1545 RWS | DATE FILED<br>8/19/2010 | U.S. DISTRICT COURT Eastern District of Missouri | |
|---|---|---|---|
| PLAINTIFF<br>Coach, Inc. & Coach Services, Inc. | | DEFENDANT<br>FYI Trading Company | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1   2,088,706 | 9/19/1997 | Coach, Inc. & Coach Services, Inc. | |
| 2   3,157,972 | 10/17/2006 | Coach, Inc. & Coach Services, Inc. | |
| 3   0,751,493 | 6/23/1963 | Coach, Inc. & Coach Services, Inc. | |
| 4   2,451,168 | 5/15/2001 | Coach, Inc. & Coach Services, Inc. | |
| 5   2,537,004 | 2/5/2002 | Coach, Inc. & Coach Services, Inc. | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1   1,846,801 | 7/26/1994 | Coach, Inc. & Coach Services, Inc. | |
| 2   3,439,871 | 6/3/2008 | Coach, Inc. & Coach Services, Inc. | |
| 3   2,061,826 | 5/13/1997 | Coach, Inc. & Coach Services, Inc. | |
| 4   2,231,001 | 3/9/1999 | Coach, Inc. & Coach Services, Inc. | |
| 5   2,836,172 | 4/27/2004 | Coach, Inc. & Coach Services, Inc. | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

Stipulation of Dismissal filed and granted. 7/25/2011

| CLERK<br>James Y. Woodward | (BY) DEPUTY CLERK<br>Andrea Lusette | DATE<br>7/25/11 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

PAGE 2

AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____ on the following ☐ Patents or ☐ Trademarks:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| PLAINTIFF | | DEFENDANT |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  2,939,127 | 4/12/2005 | Coach, Inc. & Coach Services, Inc. |
| 2  3,354,448 | 12/11/2007 | Coach, Inc. & Coach Services, Inc. |
| 3  2,579,358 | 6/6/2002 | Coach, Inc. & Coach Services, Inc. |
| 4  2,074,972 | 7/1/1997 | Coach, Inc. & Coach Services, Inc. |
| 5  2,446,607 | 4/24/2001 | Coach, Inc. & Coach Services, Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  2,291,2341 | 11/9/1999 | Coach, Inc. & Coach Services, Inc. |
| 2  1,071,000 | 8/9/1977 | Coach, Inc. & Coach Services, Inc. |
| 3  3,633,302 | 6/2/2009 | Coach, Inc. & Coach Services, Inc. |
| 4  2,534,429 | 1/29/2002 | Coach, Inc. & Coach Services, Inc. |
| 5  3,363,873 | 1/1/2008 | Coach, Inc. & Coach Services, Inc. |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

Stipulation of Dismissal filed and granted. 7/25/2011

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| James G. Woodward | Andrea Lussette | 7/25/2011 |

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

PAGE 3

AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____ on the following ☐ Patents or ☐ Trademarks:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| | | |

| PLAINTIFF | DEFENDANT |
|---|---|
| | |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2,252,847 | 6/15/1999 | Coach, Inc. & Coach Services, Inc. |
| 2 | 2,291,368 | 11/9/1999 | Coach, Inc. & Coach Services, Inc. |
| 3 | 2,666,744 | 12/24/2002 | Coach, Inc. & Coach Services, Inc. |
| 4 | 2,534,429 | 1/29/2002 | Coach, Inc. & Coach Services, Inc. |
| 5 | 2,169,808 | 6/30/1998 | Coach, Inc. & Coach Services, Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|
| | |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2,045,676 | 3/18/1997 | Coach, Inc. & Coach Services, Inc. |
| 2 | 1,070,999 | 8/9/1977 | Coach, Inc. & Coach Services, Inc. |
| 3 | 1,309,779 | 12/19/1984 | Coach, Inc. & Coach Services, Inc. |
| 4 | 2,035,056 | 2/4/1997 | Coach, Inc. & Coach Services, Inc. |
| 5 | 2,983,654 | 8/9/2005 | Coach, Inc. & Coach Services, Inc. |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Stipulation of Dismissal filed and granted 7/25/2011 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| James W Woodward | Andrea Luisetti | 7/25/2011 |

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

PAGE 4

AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____ on the following ☐ Patents or ☐ Trademarks:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| PLAINTIFF | | DEFENDANT |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  2,626,565 | 9/24/2002 | Coach, Inc. & Coach Services, Inc. |
| 2  2,822,318 | 3/16/2004 | Coach, Inc. & Coach Services, Inc. |
| 3  2,832,589 | 4/13/2004 | Coach, Inc. & Coach Services, Inc. |
| 4  2,832,740 | 4/13/2004 | Coach, Inc. & Coach Services, Inc. |
| 5  2,592,963 | 7/9/2002 | Coach, Inc. & Coach Services, Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1  2,822,629 | 3/16/2004 | Coach, Inc. & Coach Services, Inc. |
| 2  3,012,585 | 11/8/2005 | Coach, Inc. & Coach Services, Inc. |
| 3  3,396,554 | 3/11/2008 | Coach, Inc. & Coach Services, Inc. |
| 4  3,696,470 | 10/13/2009 | Coach, Inc. & Coach Services, Inc. |
| 5  2,251,315 | 6/12/2007 | Coach, Inc. & Coach Services, Inc. |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

Stipulation of Dismissal filed and granted. 7/25/2011

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| James Y. Woodward | Andre Lussette | 7/25/2011 |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

PAGE 5

AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____ on the following ☐ Patents or ☐ Trademarks:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| PLAINTIFF | | DEFENDANT |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 3,413,536 | 4/15/2008 | Coach, Inc. & Coach Services, Inc. |
| 2 | 3,441,671 | 6/3/2008 | Coach, Inc. & Coach Services, Inc. |
| 3 | 3,072,459 | 3/28/2006 | Coach, Inc. & Coach Services, Inc. |
| 4 | 3,187,894 | 12/12/2006 | Coach, Inc. & Coach Services, Inc. |
| 5 | 1,664,527 | 11/12/1991 | Coach, Inc. & Coach Services, Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | 3,338,048 | 11/11/2007 | Coach, Inc. & Coach Services, Inc. |
| 2 | 3,149,330 | 9/26/2006 | Coach, Inc. & Coach Services, Inc. |
| 3 | 2,162,303 | 6/2/1998 | Coach, Inc. & Coach Services, Inc. |
| 4 | 2,088,707 | 8/19/1997 | Coach, Inc. & Coach Services, Inc. |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Stipulation of Dismissal filed and granted. 7/25/2011 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| James Y Woodward | Andrea Luisette | 7/25/2011 |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy